# Windham *v.* National Fertilizer. Co.

### *Action on Promissory Note.*

1. *Judgment by default, without service of process.*—In an action against several defendants, one of whom is not served with process, it is error to render judgment by default against all of the defendants, and such judgment will be reversed.

2. *Same; effect of such reversal.*—The only effect of such reversal is to strike from the judgment the name of the defendant not entered, it being operative as to the others.

APPEAL from Circuit Court of Geneva.

Tried before the Hon. J. M. CARMICHAEL.

This was an action of assumpsit, brought by the appellee, the National Fertilizer Co., against the appellants; and counted on a promissory note, alleged to have been signed by all the defendants. The return of the sheriff showed that the summons and complaint had been served upon all of the defendants, except Z. McKinney. A judgment by default was rendered against *all* of the defendants; and this appeal is prosecuted from said judgment, and the same is here assigned as error.

ROBERTS & MARTIN, for appellant.

M. E. MILLIGAN, *contra.*

STONE, C. J.—The return of the sheriff in this case shows that service of the summons and complaint was perfected on all the defendants except one, Z. McKinney. As to him the process was returned "not found." Judgment by default was taken and entered up against all the defendants. This was error which compels a reversal of the judgment.— *Smith v. Winthrop,* Minor, 425 ; *Driver v Spence,* 3 Ala. 98 ; *Granberry v. Welborn,* 4 Ala. 18 ; *Faver v. Briggs,* 18 Ala. 478; *Childress v. Taylor.* 33 Ala. 185; *Parker v. Parker,* 39 Ala. 347. But as the cause of action sued on is several as well as joint, reversing the judgment as to McKinney does not impair or affect it as to the other defendants who were served with the summons. The only effect of this reversal is to strike his name from the list of defendants against

[Zealy v. Birmingham Railway & Electric Co.]

whom judgment was entered, and leave it operative against the others.—*Lucy v. Beck,* 5 Porter 166.

Reversed in part, but not remanded.

The clerk will certify this opinion and the judgment to to Circuit Court.